# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Flirts, Inc.; Christopher Sears; Timothy Kresel; and Ricardo Rodriguez, | Civil No. 10-633 (DWF/JSM) |
| Plaintiffs, | |
| v. | **ORDER** |
| The City of Harris, Minnesota, a municipal corporation, | |
| Defendant. | |

---

Randall D. B. Tigue, Esq., Randall Tigue Law Offices, PA, counsel for Plaintiffs.

Mary D. Tietjen, Esq. Kennedy & Graven, Chartered, counsel for Defendant.

---

Pursuant to the Stipulation between the parties (Doc. No. [12]),

**IT IS HEREBY ORDERED:**

1. Defendant The City of Harris ("City") will take no action—civil, criminal or administrative—to enforce the adult use regulations in Harris City Ordinance No. 2010.02 against Plaintiffs during the pendency of this lawsuit without first providing Plaintiffs with 30 days' advance written notice. "During the pendency of this lawsuit" means until entry of final judgment or until all appeals have been exhausted.

2. Plaintiffs' motion for a preliminary injunction and temporary restraining order (Doc. No. [2]) is **WITHDRAWN**.

Dated: March 17, 2010     s/Donovan W. Frank
                          DONOVAN W. FRANK
                          United States District Judge